

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2023

No. 04-22-00703-CV

Terrick L. **ALSBROOKS**,
Appellant

v.

**CHERISH REALTY SOLUTIONS LLC**, Tina Lashaun Skinner,
and Fidelity Marketing LLC,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV02415
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs be assessed against appellant.

It is so **ORDERED** on May 31, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2023.

_____
Michael A. Cruz, Clerk of Court